ACCEPTED
03-15-00368-CV
6448452
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 3:11:38 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00368-CV

IN THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 3:11:38 PM
JEFFREY D. KYLE
Clerk

## LAURA PRESSLEY,

## APPELLANT

## VS.

## GREGORIO "GREG" CASAR,

## APPELLEE

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Now comes Laura Pressley, Appellant and pursuant to Tex.R.App.P. 10.5, moves this court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.    The due date for Laura Pressley, Appellant's Brief is currently August 18, 2015. The last Clerk's Record and the Reporter's Record was filed on August 7, 2015. The trial court has indicated it will file an order on Appellant's request for additional Findings of Fact and Conclusions of Law in the future. Therefore the last filing of the Record has not been set as of

yet or at a minimum as of this date was August 7, 2015. Tex. R App. P. 38.6(a).

2.      Laura Pressley seeks an extension of time to file Appellant's brief for 20 days from the current stated due date of August 18, 2015 or until September 8, 2014. The extension is needed because the record in this case is voluminous and rather disorganized making preparing the brief and appendix very time consuming, Appellant's attorney will be out of the office from August 22 until September 1, 2015 on a combination family/business trip and will be unable to work on the brief during that time, and Appellant's attorney has depositions and other professional commitments that will prevent him from working on the brief exclusively between the date hereto and August 18, 2015. As a result of the series of judgments and other post judgment activities of the trial court , the length and status of the record and the series of supplements and Appellant's attorney's schedule , the brief cannot be properly and efficiently prepared and filed before September 8, 2015.

3.      Therefore, this Motion is in the interest of justice and orderly presentation of the issues that need to be resolved in this appeal and not for by reason of any procrastination or for delay.

4.    Counsel for Laura Pressley has conferred with counsel for Casar and Casar does not oppose this Motion to Extend Time to September 8, 2015.

5.    Appellant attempted to file a previous Motion but was told it was premature and it was not accepted for filing. Consequently this is the first extension of time Laura Pressley has presented to this honorable Court for the filing of the Appellant's Brief.

## PRAYER

For these reasons, Laura Pressley requests that this court enter an order extending the time for filing Appellant's Brief until September 8, 2015

Laura Pressley also requests any other relief to which she may be entitled.

Respectfully Submitted,

Mark Cohen
SBN: 04508400
805 West 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424   Telephone
(512) 472-5444   Facsimile
mark@cohenlegalservices.com

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

Please be advised that the undersigned has conferred with opposing counsel on August 11, 2015 regarding this Motion, and the Counsel for Gregorio "Greg" Casar are unopposed to the Court extending the due date for Appellant's brief until September 8, 2015.

_____
Mark Cohen

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by efile and/or facsimile to the following persons on this 11th day of August, 2015.

Kurt Kuhn
State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000   Telephone
(512) 476-6002   Facsimile
Kurt@KuhnHobbs.com

Charles 'Chuck' Herring Jr.
State Bar No. 09534100
Herring & Irwin, L.L.P.
1411 West Avenue, Ste 100
Austin, TX  78701
(512) 320-0665   Telephone
(512) 519-7580   Facsimile
cherring@herring-irwin.com

*ATTORNEYS FOR APPELLEE*
*GREGORIO "GREG" CASAR*

David A. Rogers
State Bar No. 24014089
1201 Spyglass Drive, Suite #100
Austin, Texas 78746
(512) 923-1836   Telephone
(512) 201-4082   Facsimile
Firm@DARogersLaw.com

**To be appearing pro se later**

_____
Mark Cohen